UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adam Kidron,

                Plaintiffs,

–v–

Century Surety Company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2020

20-cv-1869 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to the Case Management Plan in this matter, the parties were to submit a letter regarding referral for purposes of settlement no later than August 14, 2020. Dkt. No. 14 at 3. As of this date, the Court is not in receipt of that letter. The parties must submit the letter no later than August 24, 2020.

    SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge